FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 10 2002

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CR02-0543

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 02-_____ |
| Plaintiff, ) | |
| ) | Aggravated Sexual Abuse of |
| v. ) | a Child, 18 U.S.C. |
| ) | § 2241(c); Crime in Indian |
| RONALD MARTIN BEGAY, ) | Country, 18 U.S.C. § 1153. |
| Defendant. ) | |

## I N D I C T M E N T

The Grand Jury charges:

### COUNT 1

Between on or about August 1 and October 10, 2000, within the exterior boundaries of the Navajo Reservation, in Indian Country, the defendant, RONALD MARTIN BEGAY, an Indian, knowingly engaged and attempted to engage in a sexual act with Jane Doe, a child known to the Grand Jury who had not then attained the age of twelve years, the sexual act consisting of the intentional touching, not through the clothing, of her genitalia with an intent to abuse, humiliate, harass and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(D).

### COUNT 2

Between on or about August 1 and October 10, 2000, within the exterior boundaries of the Navajo Reservation, in Indian Country, the defendant, RONALD MARTIN BEGAY, an Indian, knowingly engaged and attempted to engage in a sexual act with Jane Doe, a child known to the Grand Jury who had not then attained the age

of twelve years, the sexual act consisting of the penetration of the victim's genital opening by the defendant's hand and finger with an intent to abuse, humiliate, harass and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(C).

COUNT 3

Between on or about August 1 and October 10, 2000, within the exterior boundaries of the Navajo Reservation, in Indian Country, the defendant, RONALD MARTIN BEGAY, an Indian, knowingly engaged and attempted to engage in a sexual act with Jane Doe, a child known to the Grand Jury who had not then attained the age of twelve years, the sexual act consisting of the penetration of the victim's anal opening by the defendant's hand and finger with an intent to abuse, humiliate, harass and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

/s/ Attorney for
DAVID C. IGLESIAS
United States Attorney

04/02/02 5:26pm